### Eugene ROBERTSON v. STATE.
No. 19015.

Court of Criminal Appeals of Texas.

April 21, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful driving of an automobile upon a public highway while intoxicated; penalty assessed at a fine of $100.

Upon the written request of the appellant, duly verified, the appeal is dismissed.